**Motion Granted and Order filed January 29, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01023-CV
_____

**DONALD VAUGHN AND DKV ENTERPRISES, INC., Appellants**

**V.**

**DAVID A. BJORKLUND, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-22185**

---

## ORDER

On January 23, 2015, appellants notified this court that the parties had reached an agreement to settle the issues on appeal and request an extension of appellate deadlines for thirty days to file the docketing statement, pay for the record, and pay the appellate filing fee. The motion is granted and we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket for thirty days from the date of this order. The appeal will be

reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.